RECEIVED CLERK'S OFFICE

# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

2018 AUG 20 A 9:03

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

EUGENE P. HARRISON

      PLAINTIFF,

VS.

JENNIFER C. KENNEDY

      DEFENDANT.

C/A/ NO. 3:18-57 RMG-BM

**MOTION: RESULT OF PRESENTING MATTERS OUTSIDE THE PLEADINGS**

TO: CLERK OF THE COURT,

    PLEASE TAKE NOTICE, THAT THE DEFENDANT IN THIS C/A CASE HAS USED OTHER STATEMENTS CONCERNING OTHER CASES THAT IS NOT RELATED TO THIS CIVIL ACTION MENTIONED IN THE DEFENDANT MOTION OF SUMMARY JUDGEMENT ACCORDING TO RULE – 12(b)(6) or 12(c). THIS STATEMENT OF HARASSING THE PLAINTIFF HISTORY OF OTHER CIVIL MATTERS, IS OF NO EFFECT TO THE CAUSE OF THIS C/A CASE, THE DEFENDANT IS ABUSING THE SCOPE OF A MATTER THAT IS TOTALLY DIFFERENT IN STYLE AND COMMUNICATION. I THE PLAINTIFF, ASK THE COURT **"TO STRIKE"** THE DEFENDANT FROM THIS PLEADING BECAUSE OF INSUFFICANT DEFENSEOF ANY REDUNDANT, IMMATERIAL, IMPEDRTIMENT OR SCANDALOUS MATTER. THE COURT MAY ACT.

    PLEASE NOTE THE DEFENDANT MEMORANDUM IN SUPPORT OF SUMMARY JUDGEMENT, ON PAGE 11 OF 12, STATED AND I QUOTE: "HARRISON IS A VEXATIOUS LITIGANT" AND QUOTE. I THE PLAINTIFF ASK THE COURT TO ACT ON THE BEHALF OF THE PLAINTIFF REQUEST **"TO STRIKE"**.

EUGENE P. HARRISON
(PRO-SE)