# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Eugene P. Harrison, a/k/a Eugene Paul Harrison, Sr., | Civil Action No. 3:18-cv-0057-RMG |
| Plaintiff, | **ORDER AND OPINION** |
| v. | |
| Jennifer C. Kennedy, HCV Senior Specialist Individually and/or in her Official Capacity as an Employee of the Sumter Housing Authority, | |
| Defendants. | |

This matter is before the court on Plaintiff's Motion for Leave to Amend Complaint (Dkt. No. 70). In the proposed Amended Complaint (Dkt. No. 70-1), Plaintiff adds extensive new allegations and claims. Defendant does not oppose the motion. (Dkt. No. 74.) Because justice so requires, the Court **GRANTS** Plaintiff's Motion to Amend (Dkt. No. 70). *See* Fed. R. Civ. P. 15(a)(2). The Court **DIRECTS** Plaintiff to file the Second Amended Complaint within fourteen (14) days of the date of this Order.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

April 8, 2019
Charleston, South Carolina

-1-