UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Eugene P. Harrison, a/k/a Eugene Paul
Harrison, Sr.,

                      Plaintiff,

            vs.

Sumter Housing Authority, Jennifer C.
Kennedy, individually and as official of SHA,
Pancea Lewis, individually and as official
of SHA, and Donna Lamer, individually
and as official of SHA,

                      Defendants.

C/A No. 3:18-57-RMG

---

## DEFENDANTS' IDENTIFICATION OF EXPERT WITNESSES

---

Defendants, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and in compliance with the Amended Scheduling Order [ECF-80], identify the following individuals as expert witnesses in the above captioned matter:

    Susan E. Campbell, Esquire
    Blanco Tackabery & Matamoros, P.A.
    P. O. Drawser 25008
    Winston-Salm, NC 27114-5008

    Susan Y. Ellinger, Esquire
    Ellinger & Carr, PLLC
    2840 Place Place, Suite 475
    Raleigh, NC 27612

Ms. Campbell and Ms. Ellinger are expected to testify about their qualifications and opinions in this matter as set forth in their respective expert reports which will be provided to opposing counsel per agreement.

These experts reserve the right to amend and/or supplement their written reports, if necessary, as additional information is received.

Respectfully submitted,

SMITH, ROBINSON, HOLLER, DUBOSE & MORGAN, LLC

s/David C. Holler
David C. Holler
126 North Main Street
Post Office Box 580
Sumter, South Carolina 29151
803-778-2471
davidholler@smithrobinsonlaw.com
**ATTORNEY FOR DEFENDANTS**

June 28, 2019